UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN XOCHIMITL OROPEZA,

                Plaintiff,

– against –

JOHN DOE CORP., DEREK PRATT,
CARMEN ROMAN, and CIRILO ROMAN,

                Defendants.

**ORDER**

18 Civ. 5747 (ER)

Ramos, D.J.:

On April 22, 2019, Plaintiff informed the Court that he intended to move for default. Doc. 18. No action has since been taken in this case. The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.