UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN XOCHIMITL OROPEZA,

                Plaintiff,

– against –

JOHN DOE CORP., *d/b/a New Star Coffee Shop and Deli*, DEREK PRATT, CARMEN ROMAN, and CIRILO ROMAN, *a/k/a Cirolo*,

                Defendants.

**ORDER**

18 Civ. 5747 (ER)

RAMOS, D.J.:

        The Show Cause hearing scheduled for July 9, 2020 at 11:30 AM is hereby rescheduled to July 30, 2020 at 10:30 AM.  The hearing will take place via teleconference.  The parties are directed to call (877) 411-9748; access code: 3029857.

SO ORDERED.

Dated:    July 9, 2020
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.