**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
MARTIN XOCHIMITL OROPEZA,
*individually and on behalf of others similarly situated,*

                    **18-CV-05747-ER**

                *Plaintiff,*

       -against-

JOHN DOE CORP. (D/B/A NEW STAR
COFFEE SHOP AND DELI), DEREK
PRATT, CARMEN ROMAN, and CIRILO
ROMAN (A.K.A. CIROLO),

               ~~**PROPOSED**~~
               **DEFAULT JUDGMENT**

               *Defendants*
--------------------------------------------------------X

**JUDGMENT**

On June 25, 2018, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants John Doe Corp. (d/b/a New Star Coffee Shop and Deli), Derek Pratt, Carmen Roman and Cirilo Roman (a.k.a. Cirolo) and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment against Defendants John Doe Corp. (d/b/a New Star Coffee Shop and Deli), Derek Pratt, Carmen Roman and Cirilo Roman (a.k.a. Cirolo), in the amount of $212,153.88, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded attorneys' fees in the amount of $1,750.00.

      That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: \_\_\_\_July 30\_\_\_\_, 2020

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

To:

John Doe Corp.
d/b/a New Star Coffee Shop and Deli
3150 Bainbridge Avenue,
Bronx, NY 10467

Derek Pratt
c/o New Star Coffee Shop and Deli
3150 Bainbridge Avenue,
Bronx, NY 10467

Carmen Roman
c/o New Star Coffee Shop and Deli
3150 Bainbridge Avenue,
Bronx, NY 10467

Cirilo Roman (a.k.a. Cirolo)
c/o New Star Coffee Shop and Deli
3150 Bainbridge Avenue,
Bronx, NY 10467